UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,         Criminal No. 3:02CR62(AWT)

    Plaintiff,

v.

MARIO FERMIN,

    Defendant.                   AUGUST 14, 2006,

### MOTION FOR RE-APPOINTMENT OF DAVID J. WENC AS CJA PANEL ATTORNEY FOR MARIO FERMIN

NOW comes MARIO FERMIN, the defendant herein, and moves this Honorable Court to reappoint DAVID J. WENC as defense counsel in the above-captioned case for the following reason(s):

1. Since the date of Judgment on March 22, 2004, Mr. Fermin as well as other individuals associated with his case including his New York State lawyer, have communicated with defense counsel regarding Mario Fermin's BOP designation, his New York state sentence, his immigration status, as well as other matters;

2. Mr. Fermin's New York state sentence was to run concurrent to Mr. Fermin's federal sentence.

3. However, Mr. Fermin served his New York state sentence first.

4. Mario Fermin has completed his state sentence. Now, the federal government wants him to serve the 35-month sentence imposed on March 22, 2004 in this Court.

5. Mr. Fermin wants defense counsel to seek a modification of his federal sentence from this Court in order to carry out the original intent of running Mr. Fermin's New York state concurrent to his federal sentence.

WHEREFORE, the defense counsel prays that this Motion be granted nunc pro tunc to March 23, 2004.

RESPECTFULLY SUBMITTED,
DEFENDANT, MARIO FERMIN,

By: _____
David J. Wenc, Esq.
WENC LAW OFFICES
44 Main Street
P.O. Box 306
Windsor Locks, CT 06096
Tel. (860) 623-1195
FED BAR # CT00089

## CERTIFICATION

I hereby certify that on August 14, 2006 I served copy of the foregoing Motion by U.S. mail, first-class postage prepaid, to:

Chambers of the Honorable Alvin W. Thompson
United States District Court
District of Connecticut
450 Main Street
Hartford, CT  06103

Assistant U.S. Attorney H. Gordon Hall
U.S. Attorney's Office
157 Church Street
New Haven, CT 06508

Mario Fermin
c/o Northeast Ohio Correctional Center
2240 Hubbard Road
Youngstown, OH  44505

_____
David J. Wenc, Esq.