**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------X
UNITED STATES OF AMERICA :
                         :
v.                       :        CRIM. NO. 3:02CR00062 (AWT)
                         :
MARIO FERMIN             :
-----------------------X
```

**ENDORSEMENT ORDER**

The defendant's Motion for Re-Appointment of David J. Wenc as CJA Panel Attorney for Mario Fermin (Doc. No. 203) is hereby GRANTED, nunc pro tunc, to March 23, 2004.

Ir is so ordered.

Dated this 17th day of August 2006 at Hartford, Connecticut.

```
               /s/ (AWT)
         Alvin W. Thompson
      United States District Judge
```